# United States District Court
## Violation Notice

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| U34 | F5698678 | Hyde | 6336 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense (mm/dd/yyyy): 07 July 2024 17:49

Offense Charged: ☒ CFR ☐ USC ☐ State Code — 36 CFR 261.16m

Place of Offense: Donut Falls TH

Offense Description: Factual Basis for Charge — HAZMAT ☐

Parked in parking zone

**DEFENDANT INFORMATIO**[redacted]

| Last Name | First Name | M.I. |
|---|---|---|
| SEGER | CHRISTOPHER | L |

[redacted]

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| YJJ160 | Indiana | 21 | Range Rover | | Black |

**APPEARANCE IS REQUIRED**

A ☐ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**

B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 50 Forfeiture Amount

+ $30 Processing Fee

**PAY THIS AMOUNT AT →** www.cvb.uscourts.gov $ 80 **Total Collateral Due**

**YOUR COURT DATE**

(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address

Date (mm/dd/yyyy)

Time

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature ____________________

Original - CVB Copy

Previous edition is obsolete

*F5698678*

FS-5300-4 (7/2022)

CVB SCAN 07/29/2024 8:57

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on ______________, 20______ while exercising my duties as a law enforcement officer in the ____________ District of ____________

The foregoing statement is based upon:

my personal observation my personal investigation

information supplied to me from my fellow officer's observation

other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: ______________________________

Date (mm/dd/yyyy) Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: ______________________________

Date (mm/dd/yyyy) U.S. Magistrate Judge

HAZMAT= Hazardous material involved in incident; PASS= 9 or more passenger vehicle; CDL= Commercial drivers license; CMV= Commercial vehicle involved in incident

CVB SCAN 07/29/2024 8:57